07CV6508
JUDGE LEINENWEBER
MAG. JUDGE NOLAN

**FILED**
NOV 16 2007
11-16-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

...LITIGANTS
...DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: John Woodard
(Please print)

STREET ADDRESS: 7817 S. Maryland Ave

CITY/STATE/ZIP: Chicago IL 60619

PHONE NUMBER: (773) 305-6774

CASE NUMBER: _____

Signature: [signed]     Date: 11/16/07