# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6508 | **DATE** | 12/6/2007 |
| **CASE TITLE** | Bank of New York vs. John Woodard | | |

**DOCKET ENTRY TEXT**

On November 16, 2007, this Court received Defendant John Woodard's notice of removal of this action from the Circuit Court of Cook County [1]. For the reasons given below, removal is not proper and this action is remanded to the Circuit Court of Cook County. *See* 28 U.S.C. § 1446(c)(4) ("If it clearly appears on the face of the notice and any exhibits annexed thereto that removal should not be permitted, the court shall make an order for summary remand."). Woodard's application for leave to proceed in forma pauperis [4] is denied as moot.

■[ For further details see text below.]    Docketing to mail notices.

## STATEMENT

Upon examination of the exhibits submitted with the notice of removal, the Court finds that this action is not properly removed. "The notice of removal of a civil action or proceedings shall be filed *within thirty days* after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or *within thirty days* after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C. § 1446(b) (emphasis added). Plaintiff Bank of New York filed its Amended Complaint for Foreclosure in the Circuit Court of Cook County on May 8, 2006. According to the certificate of service, summons was served on John Woodard on May 27, 2006. Moreover, on August 20, 2007, the Circuit Court entered a Judgment of Foreclosure and Sale.

This action is hereby remanded.

Courtroom Deputy Initials: